UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61541-RAR

**TIMOTHY E. TAFFE**,

    Movant,

v.

**UNITED STATES OF AMERICA**,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court on Movant Timothy Taffe's Motion to Vacate pursuant to 28 U.S.C. § 2255, filed on July 29, 2020, wherein he attacks the constitutionality of his conviction or sentence following a guilty plea [ECF No. 1] ("Motion"). The matter was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation ("Report") [ECF Nos. 2, 3]. The Court has carefully reviewed the Magistrate Judge's Report [ECF No. 3] as well as the entire record. As of the date of this Order, no party has filed an objection to the Report, and the time to do so pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Magistrate Rule 4(b) has elapsed. Accordingly, the Petition is ripe for disposition.

As Magistrate Judge Reid forewarned in her Report, *see* Report at 7, Movant's failure to file objections to the Report under the 14-day time period delineated by 28 U.S.C. § 636(b)(1)(C) bars a *de novo* determination by the Court of anything in the Report—and likewise bars an attack, on appeal, of the factual findings made by Magistrate Judge Reid. *See* 28 U.S.C. § 636(b)(1)(C); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). When no party has timely objected, "the court need

only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 (b)(3) advisory committee's notes (citation omitted).

Because Movant has not filed an objection to the Report, the Court did not conduct a *de novo* review of Magistrate Judge Reid's findings. Rather, the Court reviewed the Report for clear error. Having reviewed the Report for clear error, the Court agrees with Magistrate Judge Reid's analysis and findings. Thus, having found no clear error within the Report, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 3]** is **ACCEPTED AND ADOPTED**. Movant Timothy E. Taffe's Motion **[ECF No. 1]** is **DENIED**. A certificate of appealability shall not issue. The Clerk of the Court is directed to **CLOSE** this case and all pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of November, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**